**FILED**
SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8793

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Lucas Luis GONZALEZ-Ruelas, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about September 1, 2008, within the Southern District of California, defendant Lucas Luis GONZALEZ-Ruelas, did knowingly and intentionally import approximately 38.92 kilograms (85.62 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Victor O. Esparza, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, ON THIS 2nd DAY OF SEPTEMBER, 2008

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1

1 | UNITED STATES OF AMERICA
   |     v.
2 | Lucas Luis GONZALEZ-Ruelas

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Victor O. Esparza.

On September 1, 2008, at approximately 1900 hours, Lucas Luis GONZALEZ-Ruelas (GONZALEZ) entered the United States at the Calexico, California, west port of entry. GONZALEZ was the driver, sole occupant, and registered owner of a 2001 Dodge Dakota pickup.

During primary, GONZALEZ gave a negative Customs declaration and stated he was going to the "Double A" parking lot in Calexico. During questioning by Customs and Border Protection Officer (CBPO) Burgueno, GONZALEZ hesitated before answering and avoided eye contact.

Canine Enforcement Officer D. Ragsdale utilized his Narcotic Detection Dog (NDD) to inspect the vehicle. The NDD alerted to an odor of narcotics emanating from the tires of the vehicle that GONZALEZ was driving. GONZALEZ and the vehicle were escorted to the vehicle secondary lot.

In vehicle secondary, a total of twenty-four (24) packages were removed from the four tires. CBPO J. Burgueno probed one of the packages and a sample of a green leafy substance was extracted. The substance field-tested positive for marijuana. The 24 packages had a combined weight of approximately 38.92 kilograms (85.62 pounds) of marijuana.

GONZALEZ was placed under arrest and advised of his rights, per Miranda by Special Agent Victor O. Esparza., which he acknowledged and waived, agreeing to answer questions. GONZALEZ admitted knowledge of the marijuana in the vehicle.